UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DOUGLAS BONE, | ) Case No.: 1:14-cv-01747 JLT (HC) |
| Petitioner, | ) ORDER GRANTING PETITIONER'S MOTION FOR IN FORMA (Docs. 1, 9) |
| v. | ) |
| ERIC HOLDER, | ) |
| Respondent. | ) |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He initiated this matter in the Central District of California by filing his petition (Doc. 1 at 1-5), his motion to proceed in forma pauperis (Id. at 8-15) and paid a $5 filing fee. (Doc. 1) However, according to Petitioner, it does not appear that the motion to proceed in forma pauperis was ever addressed by the Court. (Doc. 9)

In support of his motion to proceed in forma pauperis, Petitioner included a statement regarding Petitioner's lack of financial resources and submitted certifications related to his current financial resources. (Doc. 1 at 8-16). Review of these documents demonstrates he is unable to pay the court fees. Accordingly, Petitioner's request to proceed in forma pauperis is **GRANTED**.

IT IS SO ORDERED.

Dated:   **January 8, 2015**          /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE