UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DOUGLAS BONE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ERIC HOLDER,<br><br>　　　　Respondent. | 1:14-cv-01747 JLT (HC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>ORDER DIRECTING CLERK TO SERVE THE COURT OF APPEALS<br>(Doc. 29) |

In this action, the Court granted Petitioner's motion to proceed in forma pauperis and he prosecuted his petition without the prepayment of costs. (Doc.13)  On May 14, 2015, the Court entered judgment and dismissed the petition for writ of habeas corpus. (Doc. 26)  Despite the prior order granting him in forma pauperis status, on June 11, 2015, petitioner filed a notice of appeal and an application to proceed in forma pauperis on appeal. (Doc. 29)

Petitioner remains unable to afford court costs.  Accordingly, the application to proceed in forma pauperis on appeal is **GRANTED**.  See 28 U.S.C. § 1915.  **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

　　Dated:　**June 24, 2015**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1